[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11511
Non-Argument Calendar

_____

D.C. Docket No. 4:11-cr-00053-RH-WCS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CEDRIN ARNEZ PRESTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(November 19, 2012)

Before CARNES, JORDAN, and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, Assistant Federal Public Defender and appellate counsel for Cedrin Arnez Preston in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Preston's conviction and sentence are **AFFIRMED.**